1  HARVEY P. SACKETT (72488)

**SACKETT AND ASSOCIATES**
A PROFESSIONAL LAW CORP.

1055 Lincoln Avenue
Post Office Box 5025
San Jose, California 95150-5025
Telephone: (408) 295-7755
Facsimile:  (408) 295-7444

Attorney for Plaintiff

/jgl

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | | |
|---|---|---|
| ANTHONY J. HILL, | ) | Case No:  3:12-cv-04482-MMC |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | STIPULATION AND ORDER |
| | ) | |
| MICHAEL J. ASTRUE, | ) | |
| Commissioner, | ) | |
| Social Security Administration, | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |

   Plaintiff and Defendant, through their respective attorneys, hereby stipulate that Plaintiff shall have a first extension of time of (30) days up through and including Monday, February 11, 2013 in which to e-file his Motion for Summary Judgment.  This extension is necessitated by the number of cases (6) the firm presently has pending before this and other district courts that require briefing.

1
2
                                    MELINDA L. HAAG
United States Attorney

3
4   Dated: January 9, 2013                   /s/
                                    SUNDEEP R. PATEL
5                                   Special Assistant U.S. Attorney
Social Security Administration
6
7
8
9   Dated: January 9, 2013                   /s/
                                  HARVEY P. SACKETT
10                                  Attorney for Plaintiff
ANTHONY J. HILL
11
12
13  IT IS SO ORDERED.
14
15
16  Dated: January 11, 2013                _____
                                  MAXINE M. CHESNEY
17                                  United States Senior District Judge
18
19
20
21
22
23
24
25
26
27
28