HARVEY P. SACKETT (72488)

**S A C K E T T**
**AND ASSOCIATES**
A PROFESSIONAL LAW CORP.

1055 Lincoln Avenue
Post Office Box 5025
San Jose, California 95150-5025
Telephone: (408) 295-7755
Facsimile:  (408) 295-7444

Attorney for Plaintiff

/jgl

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | | |
|---|---|---|
| ANTHONY J. HILL | ) | Case No:  3:12-cv-04482-MMC |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | STIPULATION AND ORDER |
| | ) | |
| MICHAEL J. ASTRUE, | ) | |
| Commissioner, | ) | |
| Social Security Administration, | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |

　　　　Plaintiff and Defendant, through their respective attorneys, hereby stipulate that Plaintiff shall have a first extension of time of (30) days up through and including Monday, February 11, 2013 in which to e-file his Motion for Summary Judgment.  This extension is necessitated by the number of cases (6) the firm presently has pending before this and other district courts that require briefing.

1

MELINDA L. HAAG
United States Attorney

2

3

Dated: January 9, 2013

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

/s/_____

SUNDEEP R. PATEL
Special Assistant U.S. Attorney
Social Security Administration

Dated: January 9, 2013

/s/_____

HARVEY P. SACKETT
Attorney for Plaintiff
ANTHONY J. HILL

IT IS SO ORDERED.

Dated: January 11, 2013

_____

MAXINE M. CHESNEY
United States Senior District Judge

2