1  HARVEY P. SACKETT (72488)
2  
3  **SACKETT AND ASSOCIATES**
   A PROFESSIONAL LAW CORP.
4  1055 Lincoln Avenue
   Post Office Box 5025
5  San Jose, California 95150-5025
   Telephone: (408) 295-7755
6  Facsimile:  (408) 295-7444

7  

8  Attorney for Plaintiff

9  /jgl

10  

11             UNITED STATES DISTRICT COURT

12             NORTHERN DISTRICT OF CALIFORNIA

13             SAN FRANCISCO DIVISION

14  

15  

16  ANTHONY J. HILL,                    )  Case No:  3:12-cv-04482-MMC
                                        )
17            Plaintiff,                )
                                        )
18  v.                                  )  STIPULATION AND ORDER
                                        )
19  MICHAEL J. ASTRUE,                  )
    Commissioner,                       )
20  Social Security Administration,     )
                                        )
21            Defendant.                )
                                        )
22  _____      )

23       Plaintiff and Defendant, through their respective attorneys, hereby stipulate that: (1)

24  Plaintiff shall have an extension of time of forty-five (45) days up through and including

25  Thursday, March 28, 2013 in which to e-file his Motion for Summary Judgment; and (2)

26  Defendant shall file any opposition, including cross-motions, on or before April 25, 2013.  This

27  extension is necessitated by the need for Plaintiff to retain new counsel, and the concomitant time

28  required to become familiar with the case, and prepare Plaintiff's Motion for Summary Judgment.

1

STIPULATION AND PROPOSED ORDER

All deadlines will be extended accordingly.

                                                    MELINDA L. HAAG
                                                    United States Attorney

Dated: February 11, 2013                              /s/
                                                      SUNDEEP R. PATEL
                                                      Special Assistant U.S. Attorney
                                                      Social Security Administration
                                                      Attorney for the Defendant

Dated: February 11, 2013                              /s/
                                                      HARVEY P. SACKETT
                                                      Attorney for Plaintiff
                                                      ANTHONY J. HILL

IT IS SO ORDERED.

Dated:  February 11, 2013                            *(signature)*
                                                      HON. MAXINE M. CHESNEY
                                                      United States Senior District Judge

STIPULATION AND PROPOSED ORDER