HARVEY P. SACKETT (72488)

**SACKETT AND ASSOCIATES**
A PROFESSIONAL LAW CORP.

1055 Lincoln Avenue
Post Office Box 5025
San Jose, California 95150-5025
Telephone: (408) 295-7755
Facsimile:  (408) 295-7444

Attorney for Plaintiff

/jgl

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| ANTHONY J. HILL, | ) Case No:  3:12-cv-04482-MMC |
| Plaintiff, | ) |
| v. | ) STIPULATION AND ORDER |
| MICHAEL J. ASTRUE, Commissioner, Social Security Administration, | ) |
| Defendant. | ) |

    Plaintiff and Defendant, through their respective attorneys, hereby stipulate that: (1) Plaintiff shall have an extension of time of forty-five (45) days up through and including Thursday, March 28, 2013 in which to e-file his Motion for Summary Judgment; and (2) Defendant shall file any opposition, including cross-motions, on or before April 25, 2013.  This extension is necessitated by the need for Plaintiff to retain new counsel, and the concomitant time required to become familiar with the case, and prepare Plaintiff's Motion for Summary Judgment.

1

STIPULATION AND PROPOSED ORDER

All deadlines will be extended accordingly.

                                          MELINDA L. HAAG
                                        United States Attorney

Dated: February 11, 2013                          /s/
                                          SUNDEEP R. PATEL
                                          Special Assistant U.S. Attorney
                                          Social Security Administration
                                          Attorney for the Defendant

Dated: February 11, 2013                          /s/
                                          HARVEY P. SACKETT
                                          Attorney for Plaintiff
                                          ANTHONY J. HILL

IT IS SO ORDERED.

Dated: February 11, 2013                          *[signature: Maxine M. Chesney]*
                                          HON. MAXINE M. CHESNEY
                                          United States Senior District Judge

STIPULATION AND PROPOSED ORDER