HARVEY P. SACKETT (72488)

**SACKETT AND ASSOCIATES**
A PROFESSIONAL LAW CORP.

1055 Lincoln Avenue
Post Office Box 5025
San Jose, California 95150-5025
Telephone: (408) 295-7755
Facsimile:  (408) 295-7444

Attorney for Plaintiff

/jgl

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| ANTHONY J. HILL, | ) | No.: 3:12-cv-04482-MMC |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | |
| | ) | NOTICE AND ORDER OF SUBSTITUTION |
| MICHAEL J. ASTRUE, | ) | OF COUNSEL |
| Commissioner, | ) | |
| Social Security Administration, | ) | |
| | ) | |
| Defendant. | ) | |

PLEASE TAKE NOTICE ANTHONY J. HILL, Plaintiff in the above-captioned case, hereby substitutes himself in pro per, in the place and stead of HARVEY P. SACKETT.

Dated:  March 21, 2013          */s/*_____
                                                    ANTHONY J. HILL
                                                    1550 Eddy Street, Apt. #402
                                                    San Francisco, California 94115

Dated:  March 25, 2013          */s/*_____
                                                    HARVEY P. SACKETT

IT IS SO ORDERED.   Additionally, with respect to any future filings, defendant is directed to

1

NOTICE AND ORDER OF SUBSTITUTION OF COUNSEL

1  serve plaintiff by mail at the address set forth above.

2  Dated: March 29, 2013

   HON. MAXINE M. CHESNEY
3  United States Senior District Judge

2

NOTICE AND ORDER OF SUBSTITUTION OF COUNSEL