1  HARVEY P. SACKETT (72488)
2  **SACKETT**
   **AND ASSOCIATES**
3  A PROFESSIONAL LAW CORP.
   1055 Lincoln Avenue
4  Post Office Box 5025
   San Jose, California 95150-5025
5  Telephone: (408) 295-7755
   Facsimile:  (408) 295-7444
6
7  Attorney for Plaintiff
8  /jgl
9
10                     UNITED STATES DISTRICT COURT
11                    NORTHERN DISTRICT OF CALIFORNIA
12 ANTHONY J. HILL,                  )  No.: 3:12-cv-04482-MMC
                                     )
13           Plaintiff,               )
                                     )
14                                   )
   v.                                )
15                                   )  NOTICE AND ORDER OF SUBSTITUTION
   MICHAEL J. ASTRUE,                )  OF COUNSEL
16 Commissioner,                     )
   Social Security Administration,   )
17                                   )
                                     )
18           Defendant.               )
   _____     )
19
20        PLEASE TAKE NOTICE ANTHONY J. HILL, Plaintiff in the above-captioned case,
21 hereby substitutes himself in pro per, in the place and stead of HARVEY P. SACKETT.
22
23 Dated:  March 21, 2013          /s/_____
                                    ANTHONY J. HILL
24                                  1550 Eddy Street, Apt. #402
                                    San Francisco, California 94115
25
26 Dated:  March 25, 2013          /s/_____
                                    HARVEY P. SACKETT
27
28 IT IS SO ORDERED.  Additionally, with respect to any future filings, defendant is directed to

                                        1
NOTICE AND ORDER OF SUBSTITUTION OF COUNSEL

1  serve plaintiff by mail at the address set forth above.

2  Dated: March 29, 2013

                                       HON. MAXINE M. CHESNEY
3                                         United States Senior District Judge

2

NOTICE AND ORDER OF SUBSTITUTION OF COUNSEL