**United States District Court**
For the Northern District of California

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ANTHONY J. HILL,<br><br>              Plaintiff,<br><br>   v.<br><br>CAROLYN W. COLVIN,<br><br>     Acting Commissioner, Social<br>     Security Administration<br>                                                        / | No. C 12-4482 MMC<br><br>**ORDER DIRECTING PLAINTIFF TO INFORM COURT WHETHER HE CONSENTS TO MAGISTRATE JUDGE FOR ALL PURPOSES** |

In cases initially assigned to a district judge, the parties may consent at any time to reassignment of the case to a magistrate judge for all purposes, including entry of final judgment. See Civil L.R. 73-1(b). On September 28, 2012, defendant filed her consent to proceed before a magistrate judge for all purposes.

Accordingly, plaintiff is hereby DIRECTED to advise the Court, no later than April 30, 2013, as to whether he consents to have a magistrate judge conduct all further proceedings in the instant action. For plaintiff's convenience, a consent form is attached hereto; forms are also available at http://www.cand.uscourts.gov, in the "Forms" section.

**IT IS SO ORDERED.**

Dated: April 3, 2013

_____
MAXINE M. CHESNEY
United States District Judge