IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ANTHONY J. HILL, | No. C 12-4482 MMC |
| Plaintiff, | **ORDER DIRECTING PLAINTIFF TO INFORM COURT WHETHER HE CONSENTS TO MAGISTRATE JUDGE FOR ALL PURPOSES** |
| v. | |
| CAROLYN W. COLVIN, | |
| Acting Commissioner, Social Security Administration / | |

In cases initially assigned to a district judge, the parties may consent at any time to reassignment of the case to a magistrate judge for all purposes, including entry of final judgment. See Civil L.R. 73-1(b). On September 28, 2012, defendant filed her consent to proceed before a magistrate judge for all purposes.

Accordingly, plaintiff is hereby DIRECTED to advise the Court, no later than April 30, 2013, as to whether he consents to have a magistrate judge conduct all further proceedings in the instant action. For plaintiff's convenience, a consent form is attached hereto; forms are also available at http://www.cand.uscourts.gov, in the "Forms" section.

**IT IS SO ORDERED.**

Dated: April 3, 2013

MAXINE M. CHESNEY
United States District Judge