IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

ANTHONY J. HILL,

    Plaintiff,

v.

CAROLYN W. COLVIN,

    Acting Commissioner, Social Security Administration /

No. C 12-4482 MMC

**ORDER DISMISSING ACTION**

By order filed May 9, 2013, the Court directed plaintiff to show cause, in writing and no later than May 31, 2013, why the above-titled action should not be dismissed for failure to prosecute. Plaintiff has not responded to the Court's order.

Accordingly, for the reasons stated in the Court's order of May 9, 2013, the above-titled action is hereby DISMISSED for failure to prosecute.

**IT IS SO ORDERED.**

Dated: June 10, 2013

MAXINE M. CHESNEY
United States District Judge